Opinion by TYSON, J.

---

## Decatur Land Co. v. Cook, Exec.

APPEAL from Morgan Chancery Court.

Heard before the Hon. W. H. SIMPSON.

HARRIS & EYSTER, for appellant.

E. W. GODBEY, for appellee.

The bill in this case was filed by the appellee against the appellants, and prayed for the appointment of a receiver of a partnership to which the complainant and some of the defendants were members, and for the conservation of the assets of the partnership and for the settlement of it between the complainant and the defendants.

On the final submission of the cause on the pleadings and proof, the chancellor fully sustained the equities of the bill, and decreed that the complainant was entitled to the relief prayed for.

On the present appeal the decree is corrected and as corrected is affirmed.

Opinion by HARALSON, J.